IN THE UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00873-KKM-CPT

SWEET MAGNOLIAS CAFÉ & GIFT

    Plaintiff,

v.

GENERAL STAR INDEMNITY
COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND JOINT STIPULATION
FOR FINAL ORDER OF DISISSAL WITH PREJUDICE**

Plaintiff, SWEET MAGNOLIAS CAFÉ & GIFT, ("Plaintiff" or "Sweet Magnolia"), by and through undersigned counsel, hereby gives notice that this case has been settled, and states as follows:

1. The parties reached an agreement to settle this case on June 26, 2024.

2. The parties stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendant in this litigation. The parties reserve jurisdiction of the Court to enforce the settlement agreed upon.

Dated: September 21, 2024.

                                  Respectfully submitted,
                                  **THE PEOPLE'S LAW TEAM, P.A.**

2436 N. Federal Highway, Suite 440
Lighthouse Point, FL 33064
Eservice@peopleslawteam.com
Ph.: (954) 557-4676

By: */s/ Michael F. Darwish, Esq.*
    Maria Corvaia O'Donnell
    Florida Bar No.: 614882
    modonnell@peopleslawteam.com
    Michael F. Darwish
    Florida Bar No.: 1001605
    mdarwish@peopleslawteam.com
    *Counsel for Sweet Magnolia*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail on all counsel of record, via electronic mail as indicated in the service list below.

By: /s/ Michael F. Darwish

## SERVICE LIST

| Armando P. Rubio<br>Florida Bar No.: 478539<br>arubio@fieldshowell.com<br>FIELDS HOWELL LLP<br>9155 S. Dadeland Blvd.<br>Suite 1012<br>Miami FL 33156<br>Tel.: (786)870-5600<br>*Attorneys for Defendant* | Justin A. Bassett<br>Florida Bar No.: 1015520<br>Jbassett@fieldshowell.com<br>FIELDS HOWELL LLP<br>9155 S. Dadeland Blvd.<br>Suite 1012<br>Miami FL 33156<br>Tel.: (786)870-5600<br>*Attorneys for Defendant* |
|---|---|